741 A.2d 194

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Matthew James STEROWSKI, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 17, 1999.

Decided Dec. 10, 1999.

John L. McLaughlin, Marks, McLaughlin & Dennehy, Paoli, for Matthew J. Sterowski.

William S. Kreisher, Dist. Atty., District Attorney's Office, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.